OPINION — AG — ** STATE BOARD OF EQUALIZATION — CERTIFICATION ** REVENUES ACCRUING TO THE CREDIT OF THE SCHOOL LAND TRUST NEED 'NOT' BE ESTIMATED AND CERTIFIED BY THE STATE BOARD OF EQUALIZATION IN COMPLIANCE WITH THE DUTIES OF THAT BOARD AS SET FORTH IN ARTICLE X, SECTION 23 (REVENUES, ESTIMATE AND CERTIFICATION, EMERGENCY APPROPRIATION, PUBLIC FINANCE, COMMISSIONERS OF THE LAND OFFICE, FUNDS, REVOLVING ACCOUNTS) CITE: 62 O.S. 9.1 [62-9.1], 62 O.S. 9.8 [62-9.8], 74 O.S. 922 [74-922](D), ARTICLE X, SECTION 23, ARTICLE XI, SECTION 1, OPINION NO. 81-268, OPINION NO. 81-275, OPINION NO. 81-276 (FLOYD W. TAYLOR)** SEE OPINION NO. 87-088 (1987) ** ** OPINION NO. 87-088 IS WITHDRAWN (OVERRULED)